# Exhibit B

#1  Plaintiff's SHU detention adversely affected the outcome of her IHP hearings held on June 21st, 2023 and Aug. 16th, 2023; she was unable to attend Sept. 13th, 2023 hearing due to transfer to FDI-Dublin

#2  Plaintiff was unable to reschedule her biometrics hearing for greencard replacement due to her unsubstantiated detention in the SHU

#3  After FCI-Dublins closure and upon her arrival at FDC Miami Plaintiff was noticed by Krome Detention Center on June 14th, 2024 that her ICE detainer was not removed and she is facing additional time in ICE custody. ICE detainer forecloses her an opportunity to be released to community placement (i.e. Halfway House). IHP hearings were not held at FCI-Dublin and are not held in FDC Miami, Plaintiff's current detention facility.

#1

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
ATLANTA IMMIGRATION COURT

LEAD FILE: 078-871-051
IN REMOVAL PROCEEDINGS
DATE: Aug 30, 2023

TO:
TERYAEVA-REED, JULIA   SHU
DHS/ICE
FCA: 11070 SR-14
ALICEVILLE, AL  35442

RE: 078-871-051 TERYAEVA-REED, JULIA

## Notice of Internet-Based Hearing

Your case has been scheduled for a MASTER hearing before the immigration court on:

Your hearing is not in person. You will access your hearing by using the web page below.
URL: https://eoir.webex.com/meet/IJ.Gallow

Date:           Sep 13, 2023
Time:           09:30 A.M.
Court Address: 180 TED TURNER DR SW, STE 241, ATLANTA, GA 30303

**Representation**: You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case.  Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear**: If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address**: The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court.  If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days.  To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form dond mailing it to the immigration court listed above.

*Delivered 6/26/23*

UNITED STATES DEPARTMENT OF JUSTICE
**EXECUTIVE OFFICE FOR IMMIGRATION REVIEW**
OAKDALE IMMIGRATION COURT

LEAD FILE: 078-871-051
IN REMOVAL PROCEEDINGS
DATE: Jun 21, 2023

TO:
**TERYAEVA-REED, JULIA**  *SHU*
DHS/ICE
FCA: 11070 SR-14
ALICEVILLE, AL  35442

RE: 078-871-051 TERYAEVA-REED, JULIA

## Notice of Internet-Based Hearing

Your case has been scheduled for a MASTER hearing before the **immigration court on:**

> Your hearing is not in person. You will access your hearing by using the web page below.
> URL: HTTPS://EOIR.WEBEX.COM/MEET/IJ.THOGERSEN

Date:           **Aug 16, 2023**
Time:           09:00 A.M.
Court Address:  1900 E. WHATLEY RD. POBOX 750, OAKDALE, LA 71463

**Representation**: You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case. Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear**: If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address**: The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court. If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days. To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

\#1

*Delivered 6/26/23*

UNITED STATES DEPARTMENT OF JUSTICE
EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
OAKDALE IMMIGRATION COURT

LEAD FILE: 078-871-051
IN REMOVAL PROCEEDINGS
DATE: Jun 9, 2023

TO:
TERYAEVA-REED, JULIA
DHS/ICE
FCA: 11070 SR-14
ALICEVILLE, AL  35442


SHU

RE: 078-871-051 TERYAEVA-REED, JULIA

**Notice of Internet-Based Hearing**

Your case has been scheduled for a MASTER hearing before the immigration court on:

Your hearing is not in person. You will access your hearing by using the web page below.
URL: HTTPS://EOIR.WEBEX.COM/MEET/IJ.THOGERSEN

Date:           Jun 21, 2023
Time:           08:30 A.M.
Court Address: 1900 E. WHATLEY RD. POBOX 750, OAKDALE, LA 71463

**Representation**: You may be represented in these proceedings, at no expense to the Government, by an attorney or other representative of your choice who is authorized and qualified to represent persons before an immigration court. If you are represented, your attorney or representative must also appear at your hearing and be ready to proceed with your case.  Enclosed and online at https://www.justice.gov/eoir/list-pro-bono-legal-service-providers is a list of free legal service providers who may be able to assist you.

**Failure to Appear**: If you fail to appear at your hearing and the Department of Homeland Security establishes by clear, unequivocal, and convincing evidence that written notice of your hearing was provided and that you are removable, you will be ordered removed from the United States. Exceptions to these rules are only for exceptional circumstances.

**Change of Address**: The court will send all correspondence, including hearing notices, to you based on the most recent contact information you have provided, and your immigration proceedings can go forward in your absence if you do not appear before the court.  If your contact information is missing or is incorrect on the Notice to Appear, you must provide the immigration court with your updated contact information within five days of receipt of that notice so you do not miss important information. Each time your address, telephone number, or email address changes, you must inform the immigration court within five days.  To update your contact information with the immigration court, you must complete a Form EOIR-33 either online at https://respondentaccess.eoir.justice.gov/en/ or by completing the enclosed paper form and mailing it to the immigration court listed above.

**Department of Homeland Security**
U.S. Citizenship and Immigration Services

**Form I-797C, Notice of Action**

## THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.



| ASC Appointment Notice | CASE TYPE<br>I90 - APPLICATION TO REPLACE PERMANENT RESIDENT CARD | | NOTICE DATE<br>04/14/2023 |
|---|---|---|---|
| APPLICATION/PETITION/REQUEST NUMBER<br>IOE0918579182 | | USCIS A#<br>A078 871 051 | CODE<br>3 |
| ACCOUNT NUMBER<br>024510672492 | TCR | SERVICE CENTER<br>YSC | PAGE<br>1 of 2 |

JULIA NIKOLAEVNA TERYAEVA
c/o GRIGORIY YASINOV
2413 SYLVALE RD
BALTIMORE  MD  21209



PLEASE READ THIS ENTIRE NOTICE CAREFULLY. To process your application, petition, or request, U.S. Citizenship and Immigration Services (USCIS) must collect your biometrics. Please appear at the below Application Support Center (ASC) at the date and time specified.

**IF YOU FAIL TO APPEAR AS SCHEDULED, YOUR APPOINTMENT MAY NOT BE RESCHEDULED. TO REQUEST THAT USCIS RESCHEDULE YOUR APPOINTMENT, SEE THE INSTRUCTIONS AT THE BOTTOM OF THIS NOTICE. IF USCIS DOES NOT RESCHEDULE YOUR APPOINTMENT, YOUR APPLICATION, PETITION, OR REQUEST WILL BE CONSIDERED ABANDONED AND DENIED.**

| APPLICATION SUPPORT CENTER<br>USCIS BIRMINGHAM<br>529 Beacon Parkway Suite 106<br>Birmingham AL  35209 | DATE AND TIME OF APPOINTMENT<br>05/01/2023<br>02:00PM |
|---|---|

**WHEN YOU APPEAR AT THE ASC FOR BIOMETRICS SUBMISSION, YOU MUST BRING:**

1. **THIS APPOINTMENT NOTICE.** If you received multiple ASC notices, bring **all** notices to your first appointment, and
2. **PHOTO IDENTIFICATION.** Your biometrics will not be collected without identification. You must bring a valid government-issued photo identification document. If the name on your identification is different than the name on your ASC notice, bring supporting documentation. If you filed an Application for Naturalization (Form N-400) or Application to Replace Permanent Resident Card (Form I-90), you must bring your Permanent Resident Card (also known as a Green Card).

Only those necessary to assist you with transportation or completion of the biometrics worksheet should accompany you to your ASC appointment. If you have open wounds, bandages, or casts when you appear for biometrics submission, USCIS may reschedule your appointment if we determine your injuries may interfere with biometrics submission. Please do not visit a USCIS office if you are sick or feel any symptoms of being sick. Follow the instructions on this notice to reschedule your appointment.

You may bring cell phones or electronic devices, but they must be turned off during biometrics collection. No one may photograph or record at an ASC.

For more information regarding your ASC appointment, visit https://www.uscis.gov/forms/forms-information/preparing-your-biometric-services-appointment. If you have questions regarding this notice, please call the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833).

**NOTE:** If an ASC closes due to inclement weather or unforeseen circumstances, USCIS will automatically reschedule your appointment for the next available date and time. For the latest information on the status of an office, visit https://www.uscis.gov/about-us/uscis-office-closings. Please check this page on the day of your appointment. If USCIS reschedules your appointment for any reason, you will receive a new ASC appointment notice.

To ensure you receive all correspondence from USCIS, you must update your address if you move. For instructions, visit https://www.uscis.gov/addresschange.

USCIS may use your biometrics to check the criminal history records of the FBI, for identity verification, to determine eligibility, to create immigration documents (e.g., Green Card, Employment Authorization Document, etc.), or any purpose authorized by the Immigration and Nationality Act. You may obtain a copy of your own FBI record using the procedures outlined within Title 28 C.F.R., Section 16.32. For information, please visit https://www.fbi.gov/services/cjis/identity-history-summary-checks. For Privacy Act information, please visit https://www.fbi.gov/services/cjis/compact-council/privacy-act-statement.

**REQUESTS TO RESCHEDULE/SPECIAL HANDLING**

If you are unable to attend your scheduled ASC appointment, you may request that USCIS reschedule your appointment by calling the USCIS Contact Center at 1-800-375-5283 (TTY 800-767-1833). **Your request to reschedule must: 1) be made before the date and time of the original appointment and 2) establish good cause for rescheduling.** If you fail to make a request before your scheduled appointment or fail to establish good cause, USCIS may not reschedule your ASC appointment. If USCIS does not reschedule your appointment, your application, petition, or request will be considered abandoned and denied.

If you have a serious ongoing medical condition and you cannot leave your home/hospital, you may request a mobile biometrics/homebound appointment by following the instructions on the back in the Notice for People with Disabilities or by visiting uscis.gov/accommodations.

APPLICATION NUMBER
I90 - IOE0918579182



If you have any questions regarding this notice, please contact the USCIS Contact Center at 1-800-375-5283.

If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C  10/13/21

#3

REQUEST FOR ADMINISTRATIVE REMEDY
Remedy Number:  1203172-F1

Part B - RESPONSE

This is in response to your Request for Administrative Remedy received on June 14, 2024, where you are requesting Immigration and Customs Enforcement (ICE) to review your status and to verify if the ICE detainer has been removed.  You have alleged if detainer is removed you would be eligible for halfway house placement.

On June 18, 2024, at 6:49 p.m., Krome Detention Center was contacted regarding the status of AIC Teryaeva-Reed's detainer status.  The Officer verified AIC Teryaeva-Reed's immigration number and informed that AIC Teryaeva-Reed will be picked up on her release date. The Officer informed the Warrant for the Arrest is sufficient and to advise AIC Teryaeva-Reed, that she will be picked up on her release date.

A response from Krome Detention Center has been given and the Unit Team and ISM will move forward accordingly with the confirmation from, Krome Detention Center. Your projected release date is July 26, 2025, and we are working towards preparing your transfer to the Immigration and Customs Enforcement Agency (ICE).

Therefore, this response to your **Request for Administrative Remedy is for Informational Purposes Only.**  If dissatisfied with this response, you may appeal to the Regional Director, 3800 Camp Creek Parkway, SW, Building 2000, Atlanta, Georgia 30331-6226. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____          7/8/2024
S. Serrano, Warden                                     Date

Due to adverse outcome of Plaintiff's IHP hearings she was unable to litigate/prepare for while in the SHU, and inability to attend Sept. 13th, 2023 hearing; she is now facing additional time in ICE custody, despite the fact that deportations were cancelled due to war in Ukraine, and can not be placed to halfway house. There are no IHP hearings in FDC-Miami.

#3

R&D

p-9



**U.S. Department of Justice**
**Federal Bureau of Prisons**
Federal Detention Center
Miami, Florida 33132

---

Date: 5/27/24    **INFORMAL RESOLUTION**

Inmate Name: Julia Teryaeva-REED   Reg. No. 57914-037   Unit: 5AE

NOTICE: You are advised that prior to filing a Request for Administrative Remedy (BP-9), you MUST attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below.

1. State your specific complaint: I need to get ICE detainer lifted so I can be placed to halfway house.

2. State what efforts you have made to resolve your complaint: I spoke to Ms Riley, Ms Gonzales, Ms Payne and sent electronic cop-outs to them and to R&D.

3. State what resolution you request: for unit team or for R&D to contact ICE and lift ICE detainer b/c I am not deportable

Inmate Signature: _____   Date: 5/27/24

Correctional Counselor's Comments: The detainer can only be lifted by ICE. R&D does not have access to the electronic cop outs. This was replied to on a paper cop out and sent back in the mailbag to the HIC. ICE still has not responded as of 6/11/24.

Correctional Counselor Signature: _____   Date: 6/12/24

Unit Manager's Comments: Detainer can only be lifted by ICE

Unit Manager's Signature: _____   Date: 6/17/24