# Exhibit C

Letter informing Plaintiff of the death of her father she received in the SHU at the end of august, 2023; after being denied to call her family during the day time by Warden Neely.

Grigoriy Ternov
2413 Sylvale Rd
Baltimore MD 21209

Julia Tergaeva-Reed #57914-037
FCI Aliceville
Federal Correctional Institution
P.O. Box 4000, Aliceville AL 35442

SHU

BALTIMORE MD 212
21 AUG 2023 PM 1

8/21/23

Юленька, пишу тебе... Твой отец умер 15 августа. Ждала звонка от тебя, вот письмо пишу. Так неожиданно. Ел персик и упал замертво. Я не поверила когда позвонили, в церковь сходила, помолилась. А вечером опять позвонила. Как то решила что нет, это не он. Но наш любимый человек умер . Звонила Ирине, поддержала ее. Она напишет тебе позже. Вот такие плохие новости. Ты там держись. Горе большое. Для тебя невыносимое.... Твой папа. Первого выезжаю в Ялту, буду думать как дом за тобой оставить. Получится может. Справки всякие нужны, где взять Ты в изоляторе, а нужен будет нотариус . Ой, тебе сейчас не до этого. Я все дни хожу и не верю Пусть так и будет- живой для нас , сверху смотрит, поддерживает . Сильный человек и духом  сильный, таких мало на свете. Целую дорогая. Поплачь.. молись Царства ему Небесного. Всем помогал, душа широкая. В душе тяжесть...

Это письмо твоя мата прислала для тебя сегодня. Прими мои соболезнования. Игорь тоже просил передать свои соболезнования.

Grigoriy.

original death certificate - translation is attached



*Translation from Ukrainian to English*
*Переклад з української мови на англійську мову*

# Ukraine

## DEATH CERTIFICATE

| | |
|---|---|
| Surname | **Teriaiev** |
| Name | **Mykola** |
| Patronymic | **Yevhenovych** |

Date of birth       **December 18, 1958**

Place of birth
Country            ----
Oblast (region)    **Orlovska**
Raion (district)   **Pokrovskiy**
City (village)     **the village of Seteneve**

**died**       **August 15, 2023**
              the fifteenth of August, the year of two thousand twenty-three
at the age of  **64**

the entry whereof was made in the State Register of Civil Status Acts on August 16, 2023, No. 4919

Place of death
Country            **Ukraine**
Oblast (region)    **Lvivska**
Raion (district)   -----
City (village)     **the city of Lviv**

Place of registration    **Department of Civil Status Acts Registration in the city of Lviv of the Western Interregional Department of the Ministry of Justice**

Issuing Authority        **Department of Civil Status Acts Registration in the city of Lviv of the Western Interregional Department of the Ministry of Justice**

Date of issue            **August 16, 2023**

**OFFICIAL ROUND SEAL**
Ministry of Justice of Ukraine
Department of Civil Status Acts Registration in the city of Lviv
of the Western Interregional Department of the Ministry of Justice
Identification Code # 19170503

**Head of the Department of Civil Status Acts Registration**     *(signature)*     **O.I. Panas**
                                                                                   *Initials and surname*

Series 1-СГ #712250

Цей переклад з української мови на англійську мову зроблений мною, перекладачем
Павловою Мариною Євгенівною _____