# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JULIA TERYAEVA-REED,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:24-cv-01068-ACA-NAD |
| **UNITED STATES OF AMERICA,** | ) |
| **Defendant.** | ) |

## MEMORANDUM OPINION

In January 2026, the magistrate judge entered a report recommending the dismissal of this action without prejudice pursuant to 28 U.S.C. §§ 1915(e) and 1915A, for failing to state a claim upon which relief can be granted. (Doc. 23). Although the magistrate judge advised Plaintiff Julia Teryaeva-Reed of her right to file written objections and of the consequences of failing to object, the court has not received any objections.

Ms. Teryaeva-Reed's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. Accordingly, the court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendations. The court **WILL DISMISS** this action **WITHOUT PREJUDICE**.

The court will enter a separate final order.

**DONE** and **ORDERED** this February 18, 2026.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE